Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
Mikal J. Condon (SBN 229208)
mikal.condon@klgates.com
K&L GATES LLP
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220
matthew.ball@klgates.com
mikal.condon@klgates.com

Karineh Khachatourian (SBN 202634)
karineh.khachatourian@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone:  (650) 798-6700
Facsimile:   (650) 798-6701
karineh.khachatourian@klgates.com

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL WOLF,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, SQUARE ENIX OF AMERICA HOLDINGS, INC., and SQUARE ENIX, INC.,<br><br>　　　　　　　　　Defendants. | Case No. CV-10-2436-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

---

STIPULATION AND [PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　　　　　　Printed on Recycled Paper
Case No. CV-10-2436-DMR

1  Whereas, Defendant Sony Computer Entertainment America LLC ("Sony") has only recently
2  retained K&L Gates LLP as counsel in this matter;
3  Whereas, Defendants Square Enix of America Holdings, Inc. and Square Enix, Inc. ("Square
4  Enix") have not yet completed the retention process, although Defendants' intention is to retain
5  K&L Gates LLP, and Defendants agree to this requested continuance;
6  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES to request that the
7  current case management conference, now scheduled for September 10, 2010, at 1:30 p.m., be
8  continued to a convenient date approximately 30 days from the currently scheduled date;[1] and
9  The parties further request that the due date of the Case Management Conference Statement
10  be similarly continued.
11  There have been no other extensions of the Case Management Conference hearing date or
12  due date of the Case Management Conference Statement.
13  No other case schedule dates are affected by this Stipulation and Order.

15  DATED: August 31, 2010                    K&L GATES LLP

17                                            By:        /s/ Matthew G. Ball

18                                                Matthew G. Ball
                                                  matthew.ball@klgates.com
19                                                Karineh Khachatourian
                                                  karineh.khachatourian@klgates.com
20                                                Mikal J. Condon
                                                  mikal.condon@klgates.com

22                                            Attorneys for Defendant
                                              SONY COMPUTER ENTERTAINMENT
23                                            AMERICA LLC

---

[1] Counsel for Sony requests that the Court not choose October 1, 2010, as trial counsel has a vacation scheduled for that day.

STIPULATION AND [PROPOSED] ORDER                                        Printed on Recycled Paper
Case No. CV-10-2436-DMR

| | |
|---|---|
| DATED: August 31, 2010 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

                                                      By:     /s/ Kristen Law Sagafi

                                                      Jonathan D. Selbin
                                                      Kristen Law Sagafi
                                                      ksagafi@lchb.com
                                                      275 Battery Street, 30th Floor
                                                      San Francisco, CA 94111-3339
                                                      Telephone: (415) 956-1000
                                                      Facsimile: (415) 956-1008

                                                      Attorneys for Plaintiff Daniel Wolf

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, the Case Management Conference currently scheduled for September 10, 2010 at 1:30 p.m. is hereby continued to  October 15 , 2010 at 1:30 p .m.  A joint case management conference statement is due on  October 8 , 2010.

IT IS SO ORDERED.

Dated: September 2 , 2010            *Jeffrey S White*

Hon. Jeffrey S. White, District Court Judge

---

STIPULATION AND [PROPOSED] ORDER                                   Printed on Recycled Paper
Case No. CV-10-2436-DMR