Matthew G. Ball (SBN 208881)
Mikal J. Condon (SBN 229208)
K&L GATES LLP
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220
matthew.ball@klgates.com
mikal.condon@klgates.com

Karineh Khachatourian (SBN 202634)
K&L GATES LLP
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701
karineh.khachatourian@klgates.com

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA LLC, SQUARE ENIX OF
AMERICA HOLDINGS, INC. AND SQUARE
ENIX, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL WOLF,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, SQUARE ENIX OF AMERICA HOLDINGS, INC., and SQUARE ENIX, INC.,<br><br>　　　　　　　　　　Defendants. | Case No. CV-10-2436-JSW<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST FOR PERMISSION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Jeffrey S. White |

---

1

REQUEST AND [PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCE
Case No. CV-10-2436-JSW

Defendants Sony Computer Entertainment America LLC, Square Enix of America Holdings, Inc., and Square Enix, Inc. ("Defendants") hereby submit this administrative request for permission from the Court for counsel Matthew G. Ball to appear telephonically at the parties' Case Management Conference, presently scheduled for October 15, 2010 at 1:30 p.m. Mikal J. Condon will appear at the Case Management Conference in person on behalf of Defendants.

The parties requested the continuance of the previous case management conference to a date at the Court's convenience. The date the Court selected coincides with the previously scheduled K&L Gates partner retreat, held in Phoenix, Arizona.

Plaintiffs do not oppose this request.

DATED: September 27, 2010					K&L GATES LLP

							By:	       /s/
								Matthew G. Ball
								matthew.ball@klgates.com
								Karineh Khachatourian
								karineh.khachatourian@klgates.com
								Mikal J. Condon
								mikal.condon@klgates.com

							Attorneys for Defendant
							SONY COMPUTER ENTERTAINMENT AMERICA LLC, SQUARE ENIX OF AMERICA HOLDINGS, INC., and SQUARE ENIX, INC.

## [PROPOSED] ORDER

Matthew G. Ball may not appear telephonically on behalf of Defendants at the October 15, 2010 Case Management Conference. The Court CONTINUES the case management conference to October 22, 2010 at 1:30 p.m.

IT IS SO ORDERED.

Dated: September 28, 2010		_____
					Hon. Jeffrey S. White, District Court Judge

---

1
REQUEST AND [PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCE
Case No. CV-10-2436-JSW