Matthew G. Ball (SBN 208881)
Mikal J. Condon (SBN 229208)
K&L GATES LLP
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220
matthew.ball@klgates.com
mikal.condon@klgates.com

Karineh Khachatourian (SBN 202634)
K&L GATES LLP
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701
karineh.khachatourian@klgates.com

Attorneys for Defendants

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Jonathan D. Selbin
Kristen Law Sagafi
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
jselbin@lchb.com
ksagafi@lchb.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL WOLF,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, SQUARE ENIX OF AMERICA HOLDINGS, INC., and SQUARE ENIX, INC.,<br><br>　　　　　　　　　Defendants. | Case No. CV-10-2436-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

1    Counsel report that they have met and conferred regarding ADR and have reached the
2    following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.
3    The parties agree to participate in the following ADR process:
4    **Court Processes:**
5    _____Non-binding Arbitration (ADR L.R. 4)
6    _____Early Neutral Evaluation (ENE)
7    _____Mediation (ADR L.R. 6)
8    *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
9    *appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR*
10   *phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone*
11   *Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*
12   **Private Process:**
13     X    Private ADR *(please identify process and provider)* To be determined if the
14   parties are unable to resolve the matter within 30 days, pursuant to ongoing constructive settlement
15   talks.
16   The parties agree to hold the ADR session by:
17   _____The presumptive deadline (*The deadline is 90 days from the date of the order
18   referring the case to an ADR process unless otherwise ordered.*)
19     X    Other requested deadline: To be determined if the parties are unable to reach final
20   resolution of this matter on or before November 10, 2010. The order referring the case to an ADR
21   process was issued on June 2, 2010. Since that time, the parties have engaged in constructive
22   settlement talks, and believe that they can reach resolution of this matter within 30 days. Pursuant to
23   the ongoing settlement discussions, the parties have agreed to defer the deadline for the response of
24   Sony Computer Entertainment America LLC, Square Enix of America Holdings, Inc., and Square
25   Enix, Inc. until November 10, 2010; approximately 30 days from the currently scheduled date of
26   October 11, 2010. The parties request a similar extension from the 90 day presumptive deadline. If
27
28

STIPULATION AND [PROPOSED] ORDER SETTING ADR PROCESS                    Printed on Recycled Paper
Case No. CV-10-2436-JSW

the parties have not reached resolution of this matter by November 10, 2010, they will file a revised Stipulation Selecting ADR Process, setting a date, process and provider for private mediation ADR.

DATED: October 12, 2010                K&L GATES LLP

                                       By:  /s/ *Mikal J. Condon*
                                            Matthew G. Ball
                                            Karineh Khachatourian
                                            Mikal J. Condon

                                       Attorneys for Defendant
                                       SONY COMPUTER ENTERTAINMENT
                                       AMERICA LLC, SQUARE ENIX OF
                                       AMERICA HOLDINGS, INC., and SQUARE
                                       ENIX, INC.

DATED: October 12, 2010                LIEFF, CABRASER, HEIMANN &
                                       BERNSTEIN, LLP

                                       By:  /s/ *Kristen Law Sagafi*
                                            Jonathan D. Selbin
                                            Kristen Law Sagafi

                                       Attorneys for Plaintiff

I, Mikal J. Condon, attest that concurrence in e-filing this Stipulation and Proposed Order Selecting ADR Process has been obtained from signatory Kristen Law Sagafi.

Dated: October 12, 2010          Respectfully submitted,

                                 By: /s/*Mikal J. Condon*
                                     Mikal J. Condon

1 **[PROPOSED] ORDER**

2 Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3 _____ Non-binding Arbitration

4 _____ Early Neutral Evaluation (ENE)

5 _____ Mediation

6 __X__ Private ADR

7 Deadline for ADR session

8 _____ 90 days from the date of this order.

9 __X__ Other: <u>TBD if the parties are not able to resolve this matter on or before November

10 10, 2010.</u>

11

12 IT IS SO ORDERED.

13

14 Dated: <u>October 15,</u>, 2010                             _____

15                                                                                       Hon. Jeffrey S. White, District Court Judge

---

STIPULATION AND [~~PROPOSED~~] ORDER SETTING ADR PROCESS                    Printed on Recycled Paper
Case No. CV-10-2436-JSW