**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WOLF, | |
| Plaintiff, | No. C 10-02436 JSW |
| v. | |
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, ET AL, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

Pursuant to the parties' joint statement filed April 8, 2011, requesting a two-week continuance of the case management conference currently set for April 15, 2011, the case management conference is hereby continued to April 29, 2011.

**IT IS SO ORDERED.**

Dated: April 11, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE